EXHIBIT A
E-FILED; Prince George's Circuit Court
Docket: 2/3/2025 9:12 AM; Submission: 2/3/2025 9:12 AM
Envelope: 19798109

IN THE CIRCUIT COURT FOR
PRINCE GEORGE'S COUNTY, MARYLAND

RS

| | |
|---|---|
| BRITTANY FERGUSON<br>8803 Pensacola Place<br>Upper Marlboro, Maryland 20772<br><br>Plaintiff,<br><br>Vs<br><br>DOLLAR TREE STORES, INC.<br>255 Ellsmere Avenue<br>Norfolk, Virginia 23513<br><br>SERVE ON:<br>CSC-Lawyers Incorporating<br>Service Company<br>7 St. Paul Street<br>Suite 820<br>Baltimore, Maryland 21202<br><br>Defendant. | Case No.: C-16-CV-25-000522 |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Brittany Ferguson, by undersigned counsel, hereby files this Complaint against Dollar Tree Stores, Inc., Defendant herein, and alleges as follows:

### I. JURISDICTION AND VENUE

1. Plaintiff invokes the jurisdiction of this Court pursuant to Md. Code Ann., Cts. and Jud. Proc. Article, § 6-101 *et seq*.

2. Venue is proper in this Court pursuant to Md. Code Ann., Cts. & Jud. Proc. Article, §§ 6-201 and 6-202.

3. The amount in controversy herein exceeds the sum of $30,000.00, exclusive of interest and costs.

## II. PARTIES

4. Brittany Ferguson ("Ferguson") is a citizen of the State of Maryland with a residence in Prince George's County at 8803 Pensacola Place, Upper Marlboro, Maryland 20772.

5. Dollar Tree Stores, Inc. ("DTS") is a Virginia based corporation with its principal place of business located at 255 Ellsmere Avenue, Norfolk, Virginia 23513. Upon information and belief, DTS operates many Dollar Tree stores throughout the State of Maryland, one of which is located at 912 Swan Creed Road East, Fort Washington, Maryland 20744.

## III. FACTS COMMON TO ALL COUNTS

6. On or about May 3, 2024, Ferguson was a patron at the Dollar Tree store located at 912 Swan Creed Road East, Fort Washington, Maryland 20744 ("Premises").

7. As Ferguson was standing in an aisleway, she was struck by an unsecured shelf that was leaning against a display. The impact of the shelf caused Ferguson to sustain profound and painful injuries to her foot, ankle, leg, and body. As a result of the injuries sustained, Ferguson was forced to incur substantial medical bills and miss time from work. As of the date of the filing of this Complaint, Ferguson is still experiencing periodic pain

and discomfort from the injuries she sustained on May 3, 2024, and may be in need of future medical care.

8. At all times prior to being struck by the shelf, Ferguson maintained a proper and vigilant outlook as she stood in the aisleway, and her actions in no way contributed to the incident. To the contrary, Ferguson's injuries were solely the result of the unreasonable acts and omissions of Defendant, DTS.

9. Prior to this accident, DTS knew or should have known that leaning a shelf against a display in an unsecured manner created a hazardous condition. Notwithstanding said knowledge and notice, DTS failed to take reasonable actions to prevent and/or cure the hazardous condition which it knew or should have known could result in injuries to its customers. Additionally, DTS failed to provide any sort of meaningful warning to Ferguson, or others on the premises, of the dangerous condition which existed in the store.

**COUNT I**
**(Negligence)**

10. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-9.

11. DTS, at all times material to this Complaint, was in exclusive possession, custody and control of the Dollar Tree located at 912 Swan Creed Road East, Fort Washington, Maryland 20744. As such, DTS owed a duty to Ferguson, and all patrons who

were lawfully on the premises, to provide safe pathways through the store free from hazardous conditions which could cause injury. DTS also had a duty to warn Ferguson, and all other patrons lawfully entering onto the property, of any defects, dangers or other hazardous conditions which existed on the property.

12. On or about May 3, 2024, DTS breached the duties of care it owed to Ferguson by failing to (1) take reasonable actions to ensure that the aisleways were free of hazardous conditions, like an unsecured shelf leaning against a display, and (2) warn Ferguson, and other patrons lawfully on the premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Ferguson's accident.

13. As a result of DTS's breaches of the duties of care owed to Ferguson, Ferguson sustained substantial damages.

WHEREFORE, Plaintiff, Brittany Ferguson, prays that the Court enter judgment in her favor and against Defendant, Dollar Tree Stores, Inc., for compensatory damages in the amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

**COUNT I**
**(Negligence - Res Ipsa Loquitur)**

14. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-13.

15. DTS, at all times material to this Complaint, was in exclusive possession, custody and control of Dollar Tree located at 912 Swan Creed Road East, Fort Washington, Maryland as well as the unsecured shelf that struck Ferguson.

16. The incident at issue is one that does not occur in the absence of a negligent act. Furthermore, at all times prior to the accident, Ferguson maintained a proper and vigilant outlook as she walked through the premises and her actions in no way contributed to the incident.

17. As such, DTS owed a duty to Ferguson, and all patrons who were lawfully on the premises, to provide safe pathways through the store free from hazardous conditions which could cause injury. DTS also had a duty to warn Ferguson, and all other patrons lawfully entering onto the property, of any defects, dangers or other hazardous conditions which existed on the property.

18. On or about May 3, 2024, DTS breached the duties of care it owed to Ferguson by failing to (1) take reasonable actions to ensure that the aisleways were free of hazardous conditions, like an unsecured shelf leaning against a display, and (2) warn Ferguson, and other patrons lawfully on the premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Ferguson's accident.

19. As a result of DTS's breaches of the duties of care owed to Ferguson, Ferguson sustained substantial damages.

WHEREFORE, Plaintiff, Brittany Ferguson, prays that the Court enter judgment in her favor and against Defendant, Dollar Tree Stores, Inc., for compensatory damages in the amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require

Respectfully submitted,

Thomas C. Costello, #9412430142
Matthew T. Holley, #1306190131
tcc@costellolawgroup.com
mth@costellolawgroup.com
Costello Law Group
409 Washington Avenue, Suite 410
Towson, Maryland 21204
(410) 832-8800

Attorneys for Plaintiff,
Brittany Ferguson

**JURY TRIAL DEMANDED**

Plaintiffs hereby demand and request that all claims, actions and causes of action set forth herein be tried before a jury.

Matthew T. Holley

RS

IN THE CIRCUIT COURT FOR Prince George's County
(City or County)

# CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

## DIRECTIONS

***Plaintiff***: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

***Defendant***: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT CASE NUMBER C-16-CV-25-00052 (Clerk to insert)

**CASE NAME:** Brittany Ferguson (Plaintiff) vs. Dollar Tree Stores, Inc. (Defendant)

PARTY'S NAME: Brittany Ferguson PHONE: 410-832-8800

PARTY'S ADDRESS: 8803 Pensacola Place, Upper Marlboro, Maryland 20772

PARTY'S E-MAIL:

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Matthew T. Holley PHONE: 410-832-8800

PARTY'S ATTORNEY'S ADDRESS: 409 Washington Avenue, Suite 410, Towson, MD 21204

PARTY'S ATTORNEY'S E-MAIL: mth@costellolawgroup.com

**JURY DEMAND?** ☒ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known:

**ANTICIPATED LENGTH OF TRIAL?:** ____ hours 2 days

## PLEADING TYPE

**New Case:** ☒ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

***If filing in an existing case***, skip Case Category/ Subcategory section - go to Relief section.

## IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: ________
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☒ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud
- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance
- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☒ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated **Liability** above*, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☐ Liability is not conceded, but is not seriously in dispute. ☒ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000 ☒ $10,000 - $30,000 ☐ $30,000 - $100,000 ☐ Over $100,000

☒ Medical Bills $ TBD ☒ Wage Loss $ TBD ☐ Property Damages $ ________

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☐ Yes ☒ No
B. Arbitration ☐ Yes ☒ No
C. Settlement Conference ☒ Yes ☐ No
D. Neutral Evaluation ☐ Yes ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.* ***(Case will be tracked accordingly)***

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☒ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions**, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of Defendant's response ☐ **Standard** - Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_________________. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

February 4, 2025
Date

[signature]
Signature of Attorney / Party

1306190131
Attorney Number

409 Washington Avenue, Suite 400
Address

Matthew T. Holley
Printed Name

Towson | MD | 21204
City | State | Zip Code

Deficient per Rule 20-203(d). Unless corrected, not a valid pleading or paper

E-FILED; Prince George's Circuit Court
Docket: 2/3/2025 9:12 AM; Submission: 2/3/2025 9:12 AM
Envelope: 19798109

RS

IN THE CIRCUIT COURT FOR Prince George's County (City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

***Plaintiff***: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

***Defendant***: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT CASE NUMBER C-16-CV-25-000522 (Clerk to insert)

**CASE NAME:** Brittany Ferguson (Plaintiff) vs. Dollar Tree Stores, Inc. (Defendant)

PARTY'S NAME: Brittany Ferguson PHONE: 410-832-8800

PARTY'S ADDRESS: 8803 Pensacola Place, Upper Marlboro, Maryland 20772

PARTY'S E-MAIL:

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Matthew T. Holley PHONE: 410-832-8800

PARTY'S ATTORNEY'S ADDRESS: 409 Washington Avenue, Suite 410, Towson, MD 21204

PARTY'S ATTORNEY'S E-MAIL: mth@costellolawgroup.com

**JURY DEMAND?** ☒ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known:

**ANTICIPATED LENGTH OF TRIAL?:** ____ hours 2 days

### PLEADING TYPE

**New Case:** ☒ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

***If filing in an existing case***, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: ________
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☒ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud
- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance
- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

**IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)**

☐ Abatement
☐ Administrative Action
☐ Appointment of Receiver
☐ Arbitration
☐ Asset Determination
☐ Attachment b/f Judgment
☐ Cease & Desist Order
☐ Condemn Bldg
☐ Contempt
☐ Court Costs/Fees
☒ Damages-Compensatory
☐ Damages-Punitive
☐ Earnings Withholding
☐ Enrollment
☐ Expungement
☐ Findings of Fact
☐ Foreclosure
☐ Injunction
☐ Judgment-Affidavit
☐ Judgment-Attorney Fees
☐ Judgment-Confessed
☐ Judgment-Consent
☐ Judgment-Declaratory
☐ Judgment-Default
☐ Judgment-Interest
☐ Judgment-Summary
☒ Liability
☐ Oral Examination
☐ Order
☐ Ownership of Property
☐ Partition of Property
☐ Peace Order
☐ Possession
☐ Production of Records
☐ Quarantine/Isolation Order
☐ Reinstatement of Employment
☐ Return of Property
☐ Sale of Property
☐ Specific Performance
☐ Writ-Error Coram Nobis
☐ Writ-Execution
☐ Writ-Garnish Property
☐ Writ-Garnish Wages
☐ Writ-Habeas Corpus
☐ Writ-Mandamus
☐ Writ-Possession

*If you indicated* ***Liability*** *above*, mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☐ Liability is not conceded, but is not seriously in dispute. ☒ Liability is seriously in dispute.

**MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)**

☐ Under $10,000 ☒ $10,000 - $30,000 ☐ $30,000 - $100,000 ☐ Over $100,000

☒ Medical Bills $ TBD ☒ Wage Loss $ TBD ☐ Property Damages $____

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION**

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☐ Yes ☒ No
B. Arbitration ☐ Yes ☒ No
C. Settlement Conference ☒ Yes ☐ No
D. Neutral Evaluation ☐ Yes ☒ No

**SPECIAL REQUIREMENTS**

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

**ESTIMATED LENGTH OF TRIAL**

*With the exception of Baltimore County and Baltimore City, please fill in the estimated* ***LENGTH OF TRIAL***.
***(Case will be tracked accordingly)***

☐ 1/2 day of trial or less
☐ 1 day of trial time
☒ 2 days of trial time
☐ 3 days of trial time
☐ More than 3 days of trial time

**BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM**

***For all jurisdictions****, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of Defendant's response
☐ **Standard** - Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff ________________. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

February 3, 2025
Date

409 Washington Avenue, Suite 410
Address

Towson | MD | 21204
City | State | Zip Code

[signature]
Signature of Counsel / Party

Matthew T. Holley
Printed Name

**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street, Upper Marlboro, Maryland, 20772

Circuit Court Clerks: 301-952-3318 Calendar Management: 301-952-3850

To: MATTHEW THOMAS HOLLEY
COSTELLO LAW GROUP
409 WASHINGTON AVE.
SUITE 410
TOWSON, MD 21204

**Case Number:** **C-16-CV-25-000522**
**Other Reference Number(s):**

**BRITTANY FERGUSON VS. DOLLAR TREE STORES, INC.**

Date: 2/3/2025

## MDEC DEFICIENCY NOTICE
### (Md. Rules Title 20)

To **Matthew T Holley:** You have a deficiency in your filing. **Pursuant to Maryland Rule 20-203(d)(3) the court will strike the submission unless the deficiency is corrected or the deficient submission is withdrawn within 14 days or the court orders otherwise. Please make the correction(s) indicated below and refile or withdraw the submission within 14 days, making no other amendments, modifications, or changes to the submission except to correct the deficiency. The time to file any responsive submission shall run from the date that the correct submission is filed. The deficient submission file name(s) and date of filing are: case Information 02/03/2025.**

☐ In any one case multiple submissions (including proposed orders) must be submitted in the same envelope as separate PDF files. Please resubmit the filings as separate submissions in the same envelope. (See Rule 20-201(e).) *Does not apply to L & T bulk filing.*

☐ The submission is illegible or scanned with an incorrect orientation (e.g., upside down, sideways, blurry, and blank pages).

☐ The electronic file names must relate to the title of the submission. The electronic file name must state whether all or part of the submission is to be sealed or shielded pursuant to Rule 20-201.1. (e.g., RESTRICTED DOCUMENT-Request to Shield Denied or Dismissed Protective Order Records) (See Rule 20-201(i).) If an exhibit to a submission is filed, the exhibit and the electronic file name should accurately refer to the submission to which they relate. (e.g., Ex 1 Pl MSJ) When the exhibit is an affidavit or other testimony, the file name must identify the affiant or witness (e.g., Affidavit of John Doe).

☐ The exhibit(s) are not identified using the drop-down menu provided.

☐ The submission is not permitted to be filed electronically. (See Rule 20-106(c)(2).)

☐ The submission does not include the filer's signature (the signer's typewritten name accompanied by a visual image of the signer's handwritten signature or by the symbol /s/) as required by Rule(s) 20-107(a)(1) and 20-101(s).

☒ The submission does not have the filer's address, e-mail address, telephone number, or the attorney's identifying Attorney Number registered with the Attorney Information System as required by Rule 20-107(a)(2).

☐ You attempted to enter your appearance in the case as attorney for the victim or victim's representative without using form MDJ-009-Notice of Entry of Appearance by Attorney for Victim or Victim's Representative. (See Rule 20-103(b)(1)(A).)

☐ The submission requires a signature under oath, affirmation, or with verification and is not hand-signed and scanned or affixed with the signer's digital signature. (See Rule 20-107(d)(1).)

☐ CONSOLIDATED CASES: The submission was filed into a subcase. Where a judge has issued an order consolidated cases and designates a lead case, all subsequent submissions must be filed in the lead case.

☐ The proposed order was not submitted as a separate document, identified as a proposed order, or identified as relating to the motion or other request for court action to which the order pertains. (See Rule 20-201(j).) *This does not apply if submitted on a combined motion & order form issued by the Judiciary.*

☐ The filing code was incorrect, and the clerk's office was unable to determine the correct code.

☐ The State Court Administrator requirements for requesting sheriff, constable or certified mail service in the District Court have not been met (e.g., includes improper fee multiplier).

☐ The submission was filed by a registered user on behalf of a non-registered user in violation of the policy published by the State Court Administrator.

☐ The party's name is not an identical reference to the name of each party (spelling, first name, middle name(s), last name(s), initial(s), and other identifiers) as required wherever that party's name referred to in writing/electronically, including but not limited to: in the pleading or other submission, party field, or File and Serve.

☐ The filing location is incorrect.

☐ (District Court only) WARRANT OF RESTITUTION: The petitioner must submit both the front of the Petition for Warrant of Restitution and the second page which contains important notices to defendant.

☐ (District Court only) The submission must be submitted on the most recent version of a form approved by the Chief Judge of the District Court.

☐ Other

**To resubmit the submission(s), please re-file in a different envelope within 14 days of this notice and under comments state that you are filing to correct the Deficiency Notice filed on 2/3/2025 with envelope 19798109.**

Mahasin El Amin
Clerk of the Circuit Court

**NOTE:** You must submit a motion and have it granted by a judge to receive a refund of any fees associated with the filing.

## ORDER STRIKING DEFICIENT SUBMISSION(S)

The above deficiency notice has not been corrected within the required 14 days. The court has not issued an order related to the deficiency. Per Rule 20-203(d)(3), the deficient submission(s) is/are stricken.

**Case Number: C-16-CV-25-000522**

**Other Reference Number(s):**

| | |
|---|---|
| Date | Judge |

cc: Brittany Ferguson

Thomas Christopher Costello
Matthew Thomas Holley

**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street, Upper Marlboro, Maryland, 20772

Circuit Court Clerks: 301-952-3318
Calendar Management: 301-952-3850

**To:** DOLLAR TREE STORES, INC.
SERVE ON: CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET, SUITE 820
BALTIMORE, MD 21202

**Case Number:** **C-16-CV-25-000522**
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**BRITTANY FERGUSON VS. DOLLAR TREE STORES, INC.**

Issue Date: 2/3/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

BRITTANY FERGUSON
8803 Pensacola Place
Upper Marlboro, MD 20772

This summons is effective for service only if served within 60 days after the date it is issued.

Mahasin El Amin #845
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# SHERIFF'S RETURN
**(please print)**

To: DOLLAR TREE STORES, INC.

_________________________ ID# ____________ of the ______________________
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served ______________________________________
Name of person served

on ______________________ at ______________________________
Date of service | Location of service

______________________ by ______________________ with the following:
Manner of service

- ☐ Summons
- ☐ Complaint ______________________
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories
- ☐ Other ______________________ Please specify

(2) Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ No such address
- ☐ Address not in jurisdiction
- ☐ Other ______________________ Please specify

Sheriff fee: $ ______________________ ☐ waived by ______________________

______________ ______________________________
Date | Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

E-SERVED Prince George's Circuit Court 2/3/2025 2:10 PM System SystemEnvelope:19807689

E-FILED; Prince George's Circuit Court
Docket: 2/3/2025 2:10 PM; Submission: 2/3/2025 2:10 PM
Envelope: 19807689

**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street, Upper Marlboro, Maryland, 20772

Circuit Court Clerks: 301-952-3318
Calendar Management: 301-952-3850

**To:** DOLLAR TREE STORES, INC.
SERVE ON: CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET, SUITE 820
BALTIMORE, MD 21202

| | |
|---|---|
| **Case Number:** | **C-16-CV-25-000522** |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

**BRITTANY FERGUSON VS. DOLLAR TREE STORES, INC.**

Issue Date: 2/3/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

BRITTANY FERGUSON
8803 Pensacola Place
Upper Marlboro, MD 20772

This summons is effective for service only if served within 60 days after the date it is issued.

Mahasin El Amin #845
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN
**(please print)**

To: DOLLAR TREE STORES, INC.

______________________ ID# ____________ of the ______________________
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served ______________________________
Name of person served

on ______________________ at ______________________________
Date of service                Location of service

______________________ by ______________________ with the following:
Manner of service

- ☐ Summons
- ☐ Complaint ______________________
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories
- ☐ Other ______________________ Please specify

(2) Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ No such address
- ☐ Address not in jurisdiction
- ☐ Other ______________________ Please specify

Sheriff fee: $ ______________________ ☐ waived by ______________________

______________ ______________________________
Date Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street, Upper Marlboro, Maryland, 20772

Circuit Court Clerks: 301-952-3318 Calendar Management: 301-952-3850

To: MATTHEW THOMAS HOLLEY
COSTELLO LAW GROUP
409 WASHINGTON AVE.
SUITE 410
TOWSON, MD 21204

**Case Number:** **C-16-CV-25-000522**
**Other Reference Number(s):**

**BRITTANY FERGUSON VS. DOLLAR TREE STORES, INC.**

Date: 2/3/2025

## MDEC DEFICIENCY NOTICE
### (Md. Rules Title 20)

To **Matthew T Holley:** You have a deficiency in your filing. **Pursuant to Maryland Rule 20-203(d)(3) the court will strike the submission unless the deficiency is corrected or the deficient submission is withdrawn within 14 days or the court orders otherwise. Please make the correction(s) indicated below and refile or withdraw the submission within 14 days, making no other amendments, modifications, or changes to the submission except to correct the deficiency. The time to file any responsive submission shall run from the date that the correct submission is filed. The deficient submission file name(s) and date of filing are: case Information 02/03/2025.**

☐ In any one case multiple submissions (including proposed orders) must be submitted in the same envelope as separate PDF files. Please resubmit the filings as separate submissions in the same envelope. (See Rule 20-201(e).) *Does not apply to L & T bulk filing.*

☐ The submission is illegible or scanned with an incorrect orientation (e.g., upside down, sideways, blurry, and blank pages).

☐ The electronic file names must relate to the title of the submission. The electronic file name must state whether all or part of the submission is to be sealed or shielded pursuant to Rule 20-201.1. (e.g., RESTRICTED DOCUMENT-Request to Shield Denied or Dismissed Protective Order Records) (See Rule 20-201(i).) If an exhibit to a submission is filed, the exhibit and the electronic file name should accurately refer to the submission to which they relate. (e.g., Ex 1 Pl MSJ) When the exhibit is an affidavit or other testimony, the file name must identify the affiant or witness (e.g., Affidavit of John Doe).

☐ The exhibit(s) are not identified using the drop-down menu provided.

☐ The submission is not permitted to be filed electronically. (See Rule 20-106(c)(2).)

☐ The submission does not include the filer's signature (the signer's typewritten name accompanied by a visual image of the signer's handwritten signature or by the symbol /s/) as required by Rule(s) 20-107(a)(1) and 20-101(s).

☒ **The submission does not** have the filer's address, e-mail address, telephone number, **or the attorney's** identifying Attorney Number registered with the Attorney Information System as required by Rule 20-107(a)(2).

☐ You attempted to enter your appearance in the case as attorney for the victim or victim's representative without using form MDJ-009-Notice of Entry of Appearance by Attorney for Victim or Victim's Representative. (See Rule 20-103(b)(1)(A).)

- ☐ The submission requires a signature under oath, affirmation, or with verification and is not hand-signed and scanned or affixed with the signer's digital signature. (See Rule 20-107(d)(1).)
- ☐ CONSOLIDATED CASES: The submission was filed into a subcase. Where a judge has issued an order consolidated cases and designates a lead case, all subsequent submissions must be filed in the lead case.
- ☐ The proposed order was not submitted as a separate document, identified as a proposed order, or identified as relating to the motion or other request for court action to which the order pertains. (See Rule 20-201(j).) *This does not apply if submitted on a combined motion & order form issued by the Judiciary.*
- ☐ The filing code was incorrect, and the clerk's office was unable to determine the correct code.
- ☐ The State Court Administrator requirements for requesting sheriff, constable or certified mail service in the District Court have not been met (e.g., includes improper fee multiplier).
- ☐ The submission was filed by a registered user on behalf of a non-registered user in violation of the policy published by the State Court Administrator.
- ☐ The party's name is not an identical reference to the name of each party (spelling, first name, middle name(s), last name(s), initial(s), and other identifiers) as required wherever that party's name referred to in writing/electronically, including but not limited to: in the pleading or other submission, party field, or File and Serve.
- ☐ The filing location is incorrect.
- ☐ (District Court only) WARRANT OF RESTITUTION: The petitioner must submit both the front of the Petition for Warrant of Restitution and the second page which contains important notices to defendant.
- ☐ (District Court only) The submission must be submitted on the most recent version of a form approved by the Chief Judge of the District Court.
- ☐ Other

**To resubmit the submission(s), please re-file in a different envelope within 14 days of this notice and under comments state that you are filing to correct the Deficiency Notice filed on 2/3/2025 with envelope 19798109.**

Mahasin El Amin
Clerk of the Circuit Court

**NOTE:** You must submit a motion and have it granted by a judge to receive a refund of any fees associated with the filing.

## ORDER STRIKING DEFICIENT SUBMISSION(S)

The above deficiency notice has not been corrected within the required 14 days. The court has not issued an order related to the deficiency. Per Rule 20-203(d)(3), the deficient submission(s) is/are stricken.

Date Judge

cc: Brittany Ferguson

Thomas Christopher Costello
Matthew Thomas Holley

**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street, Upper Marlboro, Maryland, 20772

Circuit Court Clerks: 301-952-3318
Calendar Management: 301-952-3850

**To:** DOLLAR TREE STORES, INC.
SERVE ON: CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET, SUITE 820
BALTIMORE, MD 21202

**Case Number:** **C-16-CV-25-000522**
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**BRITTANY FERGUSON VS. DOLLAR TREE STORES, INC.**

Issue Date: 2/3/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

BRITTANY FERGUSON
8803 Pensacola Place
Upper Marlboro, MD 20772

This summons is effective for service only if served within 60 days after the date it is issued.

Mahasin El Amin #845
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN
**(please print)**

To: DOLLAR TREE STORES, INC.

______________________ ID# __________ of the ______________________
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served ______________________
Name of person served

on ______________________ at ______________________
Date of service / Location of service

______________________ by ______________________ with the following:
Manner of service

- ☐ Summons
- ☐ Complaint
- ☐ Motions ______________________
- ☐ Petition and Show Cause Order
- ☐ Other ______________________ (Please specify)
- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

(2) Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other ______________________ (Please specify)

Sheriff fee: $ ______________________ ☐ waived by ______________________

______________ ______________________
Date Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

E-FILED; Prince George's Circuit Court
Docket: 2/3/2025 2:10 PM; Submission: 2/3/2025 2:10 PM
Envelope: 19807689

**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street, Upper Marlboro, Maryland, 20772

Circuit Court Clerks: 301-952-3318
Calendar Management: 301-952-3850

**To:** DOLLAR TREE STORES, INC.
SERVE ON: CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET, SUITE 820
BALTIMORE, MD 21202

**Case Number:** **C-16-CV-25-000522**
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**BRITTANY FERGUSON VS. DOLLAR TREE STORES, INC.**

Issue Date: 2/3/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

BRITTANY FERGUSON
8803 Pensacola Place
Upper Marlboro, MD 20772

This summons is effective for service only if served within 60 days after the date it is issued.

Mahasin El Amin #845
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN
**(please print)**

To: DOLLAR TREE STORES, INC.

______________________ ID# __________ of the ______________________
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served ______________________
Name of person served

on ______________________ at ______________________
Date of service Location of service

______________________ by ______________________ with the following:
Manner of service

- ☐ Summons
- ☐ Complaint ______________________
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Other ______________________ Please specify
- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

(2) Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other ______________________ Please specify

Sheriff fee: $ ______________________ ☐ waived by ______________________

______________ ______________________
Date Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street, Upper Marlboro, Maryland, 20772

Circuit Court Clerks: 301-952-3318, Calendar Management: 301-952-3850

**To:** MATTHEW THOMAS HOLLEY
COSTELLO LAW GROUP
409 WASHINGTON AVE.
SUITE 410
TOWSON, MD 21204

**Case Number:** **C-16-CV-25-000522**
**Other Reference Number(s):**

**BRITTANY FERGUSON VS. DOLLAR TREE STORES, INC.**

Date: 2/3/2025

## MDEC DEFICIENCY NOTICE
### (Md. Rules Title 20)

To **Matthew T Holley:** You have a deficiency in your filing. **Pursuant to Maryland Rule 20-203(d)(3) the court will strike the submission unless the deficiency is corrected or the deficient submission is withdrawn within 14 days or the court orders otherwise. Please make the correction(s) indicated below and refile or withdraw the submission within 14 days, making no other amendments, modifications, or changes to the submission except to correct the deficiency. The time to file any responsive submission shall run from the date that the correct submission is filed. The deficient submission file name(s) and date of filing are: case Information 02/03/2025.**

☐ In any one case multiple submissions (including proposed orders) must be submitted in the same envelope as separate PDF files. Please resubmit the filings as separate submissions in the same envelope. (See Rule 20-201(e).) *Does not apply to L & T bulk filing.*

☐ The submission is illegible or scanned with an incorrect orientation (e.g., upside down, sideways, blurry, and blank pages).

☐ The electronic file names must relate to the title of the submission. The electronic file name must state whether all or part of the submission is to be sealed or shielded pursuant to Rule 20-201.1. (e.g., RESTRICTED DOCUMENT-Request to Shield Denied or Dismissed Protective Order Records) (See Rule 20-201(i).) If an exhibit to a submission is filed, the exhibit and the electronic file name should accurately refer to the submission to which they relate. (e.g., Ex 1 Pl MSJ) When the exhibit is an affidavit or other testimony, the file name must identify the affiant or witness (e.g., Affidavit of John Doe).

☐ The exhibit(s) are not identified using the drop-down menu provided.

☐ The submission is not permitted to be filed electronically. (See Rule 20-106(c)(2).)

☐ The submission does not include the filer's signature (the signer's typewritten name accompanied by a visual image of the signer's handwritten signature or by the symbol /s/) as required by Rule(s) 20-107(a)(1) and 20-101(s).

☒ The submission does not have the filer's address, e-mail address, telephone number, or the attorney's identifying Attorney Number registered with the Attorney Information System as required by Rule 20-107(a)(2).

☐ You attempted to enter your appearance in the case as attorney for the victim or victim's representative without using form MDJ-009-Notice of Entry of Appearance by Attorney for Victim or Victim's Representative. (See Rule 20-103(b)(1)(A).)

☐ The submission requires a signature under oath, affirmation, or with verification and is not hand-signed and scanned or affixed with the signer's digital signature. (See Rule 20-107(d)(1).)

☐ <u>CONSOLIDATED CASES:</u> The submission was filed into a subcase. Where a judge has issued an order consolidated cases and designates a lead case, all subsequent submissions must be filed in the lead case.

☐ The proposed order was not submitted as a separate document, identified as a proposed order, or identified as relating to the motion or other request for court action to which the order pertains. (See Rule 20-201(j).) *This does not apply if submitted on a combined motion & order form issued by the Judiciary.*

☐ The filing code was incorrect, and the clerk's office was unable to determine the correct code.

☐ The State Court Administrator requirements for requesting sheriff, constable or certified mail service in the District Court have not been met (e.g., includes improper fee multiplier).

☐ The submission was filed by a registered user on behalf of a non-registered user in violation of the policy published by the State Court Administrator.

☐ The party's name is not an identical reference to the name of each party (spelling, first name, middle name(s), last name(s), initial(s), and other identifiers) as required wherever that party's name referred to in writing/electronically, including but not limited to: in the pleading or other submission, party field, or File and Serve.

☐ The filing location is incorrect.

☐ (District Court only) WARRANT OF RESTITUTION: The petitioner must submit both the front of the Petition for Warrant of Restitution and the second page which contains important notices to defendant.

☐ (District Court only) The submission must be submitted on the most recent version of a form approved by the Chief Judge of the District Court.

☐ Other

**To resubmit the submission(s), please re-file in a different envelope within 14 days of this notice and under comments state that you are filing to correct the Deficiency Notice filed on 2/3/2025 with envelope 19798109.**

Mahasin El Amin
Clerk of the Circuit Court

**NOTE:** You must submit a motion and have it granted by a judge to receive a refund of any fees associated with the filing.

## ORDER STRIKING DEFICIENT SUBMISSION(S)

The above deficiency notice has not been corrected within the required 14 days. The court has not issued an order related to the deficiency. Per Rule 20-203(d)(3), the deficient submission(s) is/are stricken.

______________ ______________________________

Date Judge

cc: Brittany Ferguson

Thomas Christopher Costello
Matthew Thomas Holley

E-FILED; Prince George's Circuit Court
Docket: 2/17/2025 3:02 PM; Submission: 2/17/2025 3:02 PM
Envelope: 19988086

BM

**IN THE CIRCUIT COURT FOR**
**PRINCE GEORGE'S COUNTY, MARYLAND**

| | |
|---|---|
| **BRITTANY FERGUSON,** | ) |
| **Plaintiff,** | ) |
| **vs.** | ) **Case No. C-16-CV-25-000522** |
| **DOLLAR TREE STORES, INC.,** | ) |
| **Defendant.** | ) |

**AFFIDAVIT OF SERVICE OF PROCESS**
**ON DEFENDANT, DOLLAR TREE STORES, INC.**

The undersigned hereby certifies to be a competent person over eighteen years of age and not a party to the above-captioned matter.

1. The undersigned further certifies that on February 7, 2025, I served the defendant in the above-captioned matter, Dollar Tree Stores, Inc., with the following documents:

(A) Writ of Summons issued by the Clerk of the Circuit Court for Prince George's County, Maryland;

(B) A copy of the Civil Non-Domestic Cover Sheet; and

(C) A copy of the Complaint and Demand for Jury Trial filed in the above-captioned matter.

2. Service was effectuated in compliance with Maryland Rules 2-121 and 2-124 by serving the resident agent for Dollar Tree Stores, Inc., CSC-Lawyers Incorporating Service Company, via certified mail, restricted delivery. A copy of the printout

from the Certified Mail Receipt and Writ of Summons is attached hereto as **EXHIBIT A** and **B.**

I DO SOLEMNLY SWEAR UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Thomas C. Costello, #9412430142
Matthew T. Holley, #1306190131
tcc@costellolawgroup.com
mth@costellolawgroup.com
Costello Law Group
409 Washington Avenue, Suite 410
Towson, Maryland 21204
(410) 832-8800

Attorneys for Plaintiff,
Brittany Ferguson

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dollar Tree Stores, Inc.
c/o CSC-Lawyers Incorporating Service Co.
7 St. Paul Street
Suite 820
Baltimore, Maryland 21202

9590 9402 9269 4295 8406 26

2. Article Number *(Transfer from service label)*

9589 0710 5270 1033 8923 00

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Chuck Cover
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* Chuck Cover

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 07 2025

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

EXHIBIT
tabbies
A

E-FILED; Prince George's Circuit Court
Docket: 2/3/2025 2:10 PM; Submission: 2/3/2025 2:10 PM
Envelope: 19867689
E-FILED; Prince George's Circuit Court
Calendar Management:

MARYLAND JUDICIARY

**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street, Upper Marlboro, Maryland, 20772

EXHIBIT
B

**To:** DOLLAR TREE STORES, INC.
SERVE ON: CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET, SUITE 820
BALTIMORE, MD 21202

**Case Number:** **C-16-CV-25-000522**
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**BRITTANY FERGUSON VS. DOLLAR TREE STORES, INC.**

Issue Date: 2/3/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

BRITTANY FERGUSON
8803 Pensacola Place
Upper Marlboro, MD 20772

This summons is effective for service only if served within 60 days after the date it is issued.

Mahasin El Amin #845
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# SHERIFF'S RETURN
(please print)

To: DOLLAR TREE STORES, INC.

_________________________ ID# _____________ of the _________________________
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _________________________
Name of person served

on _________________________ at _________________________
Date of service / Location of service

_________________________ by _________________________ with the following:
Manner of service

- ☐ Summons
- ☐ Complaint
- ☐ Motions _________________________
- ☐ Petition and Show Cause Order
- ☐ Other _________________________ (Please specify)
- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

(2) Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ No such address
- ☐ Address not in jurisdiction
- ☐ Other _________________________ (Please specify)

Sheriff fee: $ _________________________ ☐ waived by _________________________

_____________ _________________________
Date Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).